# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### CLARKSBURG

**TA'TYANA A. MOORE,**

    **Plaintiff,**

**v.**                                **Civ. Action No. 1:22-CV-44**
                                              **(Judge Kleeh)**

**PERSONAL CARE AT EVERGREEN, INC.,**
**d/b/a ASSISTED LIVING AT**
**EVERGREEN, INC.,**

    **Defendant.**

## ORDER

On February 13, 2023, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties submitted a stipulation of dismissal with prejudice, signed by all parties who have appeared. Accordingly, this action is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

**DATED:** February 13, 2023

                                      /s/ Tom S. Kleeh
                                  THOMAS S. KLEEH, CHIEF JUDGE
                                  NORTHERN DISTRICT OF WEST VIRGINIA